STEWARD S. FLASCHEN ET AL. *v.* PLANNING AND
ZONING COMMISSION OF THE TOWN OF
NEW CANAAN

*Franklin Melzer,* in support of the petition.
*John S. McGeeney,* in opposition.

Submitted October 7—decided October 19, 1977

STEWARD S. FLASCHEN ET AL. *v.* ZONING BOARD OF
APPEALS OF THE TOWN OF NEW CANAAN

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in Fairfield County at Stamford is denied.

*Franklin Melzer* and *Maurice W. Gilmore,* in support of the petition.
*John S. McGeeney,* in opposition.

Submitted October 7—decided October 19, 1977

JOSEPH H. BEILIN AMERICAN FARM REALTY AGENCY,
INC. *v.* CONNECTICUT REAL ESTATE COMMISSION

The defendant's motion to dismiss the appeal from the Court of Common Pleas in Fairfield County is granted by the court.

*Richard M. Sheridan,* assistant attorney general, for the appellee (defendant).

*Theodore H. Goldstein,* for the appellants (plaintiffs).